Louis Rous et al., Appellants, *v.* Edna R. Carlisle et al., as Executors of Floyd L. Carlisle, Deceased, et al., Respondents, and Louis M. Greer, et al., Defendants.

Argued April 8, 1943; decided June 10, 1943.

870

*Harry Bijur* for appellants.

*Horace R. Lamb* and *Homer Crawford* for Edna R. Carlisle et al., as executors of Floyd L. Carlisle, deceased, and another, respondents.

*Ralph M. Carson* and *Francis W. Phillips* for George Whitney, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS and DESMOND, JJ. CONWAY, J., dissents upon the ground that a cause of action is stated in paragraphs 71 to 81 inclusive of the amended complaint. Taking no part: FINCH, J.